UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

__Tina White__ )
_____ )
_____ )
_____ )
name of plaintiff(s)

versus )    CIVIL ACTION
)    NO._____ )
)
__AT+T__ )
_____ )
name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   _____

   _____

   _____

2. Plaintiff, _____ resides at
   __9945 W Darryl Pkwy__, __Baton Rouge__,
   street address                      city
   __EBR__, __La__, __70815__, __225.928.0453__
   parish     state     zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

   _____

   _____

   _____

3. Defendant, _____ lives at, or its business is located at __600 N. 19th Street Rm 21B-3__,
   street address

   __Birmingham__, _____, __Al__,
   city                parish              state

   __35203__, __205.321.6715__.
   zip code   telephone number

   (if more than one defendant, provide the same information for each defendant below)

   _____
   _____
   _____
   _____
   _____.

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   Wrongful termination and unequal treatment I was terminated from AT+T for doing my jobs mistakes/errors that were made on my behalf, however, Ross Ackan and Chanda Carter were never fired, and had more offenses than I had. Hired on May 3, 2005; on or about July 7, 2008 I received written violation from Supervisor Angette Hunt; on August 12, 2008 I was discharged.

5.  Prayers for Relief (list what you want the Court to do):

   a.  _Grant reinstatment at at+T_

   b.  _grant back pay for time lost, or highest amount possible._

   c.  _____

   d.  _____

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

**Signed this** _25_ **day of** _August_ **, 20** _09_ **.**

_Tina M White_

(signature of plaintiff (s))

_9945 W. Darryl Pkwy_
_Baton Rouge, La 70815_

(plaintiff(s) mailing address)